UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Jaime Frand, on behalf of herself and all
others similarly situated,

                            Plaintiff,                                     <u>ORDER</u>

               -against-                                    17-CV-04095 (MKB)

GC Services Limited Partnership,

                            Defendants.
-------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      All parties have now responded to the Court's settlement proposal. Unfortunately, there is no settlement. Parties should comply with all deadlines previously set by the Court.

      SO ORDERED.

Dated:    Brooklyn, New York
            August 31, 2017

                                      /s/  *Roanne L. Mann*
                                      **ROANNE L. MANN**
                                      **CHIEF UNITED STATES MAGISTRATE JUDGE**