UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME FRAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | **Case No. 1:17-cv-04095-MKB-RLM**<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff and Defendant file this stipulation of dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1. Plaintiff moves to dismiss her suit.

2. Defendant, who has served an answer, agrees to the dismissal.

3. In this case, a class has not been certified. This case is not a derivative action under Federal Rule of Civil Procedure 23.1 or an action related to an unincorporated association under Rule 23.2.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

7. This dismissal is with prejudice.

Respectfully submitted,

Dated: Brooklyn, New York
      October 3, 2017

By: */s/ Joseph H. Mizrahi*
    Joseph H. Mizrahi
    Joseph H. Mizrahi Law, P.C.
    300 Cadman Plaza West, 12th Floor
    Brooklyn, New York 11201
    (917) 299-6612
    Email: JmizrahiLaw@gmail.com

Attorneys for Plaintiff,
Jaime Frand

Dated: New York, New York
      October 3, 2017

By: */s/ Jeffrey Spiegel*
    Jeffrey Spiegel
    Lewis Brisbois Bisgaard & Smith LLP
    77 Water St., 21st Floor
    New York, New York 10005
    Office: (646) 783-1703
    Email: Jeffrey.Spiegel@lewisbrisbois.com

Attorneys for Defendant,
GC Services Limited Partnership

SO ORDERED:
s/ MKB 10/4/2017
_____
MARGO K. BRODIE
United States District Judge